# Exhibit A

FILED
4/14/2022 3:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H
17507644

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

|  |  |  |
|---|---|---|
| DEBORAH MELTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.: **2022L003425** |
| | ) | |
| MEDTRONIC INC., a Foreign Corporation, and | ) | |
| MEDTRONIC MINIMED INC., a | ) | |
| Foreign Corporation, | ) | |
| | ) | |
| *Defendants*. | ) | |

**COMPLAINT AT LAW**

Plaintiff, DEBORAH MELTON, by and through her attorneys, MDR LAW, LLC,

for his Complaint against Defendants, MEDTRONIC INC., a Foreign Corporation, and

MEDTRONIC MINIMED INC., a Foreign Corporation, hereby alleges as follows:

**INTRODUCTION**

1.    This is an action for damages relating to Defendants MEDTRONIC INC.'S and

MEDTRONIC MINIMED INC.'S design, development, testing, assembling, manufacturing,

packaging, labeling, preparing, distributing, marketing, advertising, promoting, supplying, and/or

selling the defective insulin pumps, sold under the name of Medtronic MiniMed Paradigm MMT-

723 Insulin Pump.

**COUNT I - STRICT PRODUCT LIABILTY**
**DEFENDANTS, MEDTRONIC INC. and MEDTRONIC MINIMED INC.**

2.    Plaintiff is a citizen and resident of County of McHenry, village of Algonquin, State

of Illinois.

3.    At all times material hereto, Defendant, MEDTRONIC INC., was and is a Foreign

Corporation organized and existing under the laws of Minnesota, with its principal place of

FILED DATE: 4/14/2022 3:29 PM   2022L003425

FILED DATE: 4/14/2022 3:29 PM    2022L003425

business at 710 Medtronic Parkway, Minneapolis, Minnesota 55432.  At all times relevant to this Complaint, this Defendant conducted business in the State of Illinois.

4.     At all times material hereto, Defendant, MEDTRONIC MINIMED INC., was and is a Foreign Corporation organized and existing under the laws of Delaware, with its principal place of business at 18000 Devonshire St., Northridge, California 91325.  At all times relevant to this Complaint, this Defendant conducted business in the State of Illinois.

5.     On and before April 20, 2020, the collective Defendants were engaged in the business of designing, developing, testing, assembling, manufacturing, packaging, labeling, preparing, distributing, marketing, advertising, promoting, and/or supplying, insulin pumps designed to deliver a specific amount of insulin into the blood stream of patients with diabetes, including the Medtronic MiniMed Paradigm MMT-723 Insulin Pump.

6.     When functioning properly, these insulin pumps and their components mimic the ways a healthy pancreas works by delivering continuous and controlled doses of rapid-acting insulin, 24 hours a day, to match the user's body needs.

7.     On and before April 20, 2020, Plaintiff Deborah Melton was a type 1 diabetic.

8.     Because of her diabetic condition, Plaintiff Deborah Melton managed her diabetes through the use of insulin pump therapy, specifically, by using the Defendants' Medtronic MiniMed Paradigm MMT-723 Insulin Pump to deliver the necessary amount of insulin into her blood stream to properly treat her diabetes.

9.     At all relevant times, the collective Defendants had a duty to design, develop, test, assemble, manufacture, pack, label, prepare, distribute, market, advertise, promote, supply, and/or sell its insulin pumps, Medtronic MiniMed Paradigm MMT-723 Insulin Pump, so that it was neither defective, nor unreasonably dangerous when put to the use for which it was designed,

developed, assembled, manufactured, packed, labeled, prepared, distributed, marketed, advertised, promoted, and/or supplied.

10.     At the time Defendants' Medtronic MiniMed Paradigm MMT-723 Insulin Pump, including Plaintiff's pump, was manufactured, sold, and left the possession of the Defendants, the pump was defective, unsafe, and unreasonable dangerous for its intended and foreseeable use in one or more of the following ways:

a)      The product was unreasonable dangerous in design due to the risk of cyber-attacks that could influence how the pump delivers insulin;

b)      The product was unreasonable dangerous in design in that it could either under – or overdeliver insulin;

c)      The product was unreasonable dangerous in that the Defendants failed to ensure that the product they provided was safe and used correctly through proper design, testing, research, adequate instruction, post-market surveillance, and appropriate modifications;

d)      The product was unreasonable dangerous in that the Defendants failed to anticipate the environment in which the product would be used and to design against reasonably foreseeable risk attending the product's use in that setting, including misuse or alteration;

e)      Failed to give an adequate warning of known or reasonably foreseeable dangers arising from the use of their products, including the risk of either under – or overdelivy of insulin;

f)      It did not include proper instructions to protect the end-user from harm; and/or

g)      It was otherwise unreasonably dangerous and defective.

11.     The unreasonable dangerous, unsafe, and defective conditions, continued up to the time of the occurrence complained of.

12.     On and around April 20, 2020, Plaintiff Deborah Melton's Medtronic MiniMed Paradigm MMT-723 Insulin Pump malfunctioned and Plaintiff suffered a severe diabetic ketoacidosis episode.

3

FILED DATE: 4/14/2022 3:29 PM    2022L003425

FILED DATE: 4/14/2022 3:29 PM    2022L003425

13.     As a direct result and proximate result of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., Plaintiff Deborah Melton has been injured and has in the past, and will in the future incur legal obligations for hospital, medical, rehabilitation and related services and treatment; was and will be hindered and prevented from attending her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff, Deborah Melton, also suffered and will in the future suffer great pain and anguish from said injuries.

WHEREFORE, Plaintiff Deborah Melton, demands judgment against the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs for said suit.

## COUNT II – NEGLIGENCE
## NEGLIGENCE AGAINST MEDTRONIC INC. and MEDTRONIC MINIMED INC.

1-8.    Plaintiff Deborah Melton, adopts and re-alleges Paragraph 1 through 8, inclusive of Count I as Paragraph 1 through 8, inclusive, of this Count II, as if fully set forth herein.

9.      At all times relevant to this Complaint, the collective Defendants knew or should have known that their products were unreasonably dangerous and defective when used as designed and directed.

10.     At all relevant times, the collective Defendants had a duty to use ordinary care in the design, preparation, manufacture, advertising, distribution, supply, and sale of their insulin pumps, including the Medtronic MiniMed Paradigm MMT-723 Insulin Pump, so that their pumps would be safe for use by users such as the Plaintiff.

FILED DATE: 4/14/2022 3:29 PM    2022L003425

11.    In breach of the aforesaid duty, before, at the time, and after the collective Defendants manufactured, sold and/or distributed the Medtronic MiniMed Paradigm MMT-723 Insulin Pump used by the Plaintiff, the Defendants were careless and negligent in one or more of the following ways:

    a)    Failed to conduct pre and post market safety tests and studies;

    b)    Failed to design their product to prevent injury to users such as the Plaintiff;

    c)    Failed to implement and execute corrective and preventable actions to eliminate injuries;

    c)    Failed to perform a proper market withdrawal after the recall;

    d)    Continued to promote and market the products despite ongoing failures and known defects;

    e)    Failed to educate and instruct users such as the Plaintiff about the characteristics of their product and proper way to use them;

    f)    Failed to provide adequate instructions or warnings for the use of their product;

    g)    Was otherwise careless and negligent.

12.    As a direct result and proximate result of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., Plaintiff Deborah Melton was injured when her pump malfunctioned and she suffered a severe diabetic ketoacidosis episode. Plaintiff has been injured and has in the past, and will in the future incur legal obligations for hospital, medical, rehabilitation and related services and treatment; was and will be hindered and prevented from attending her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff, Deborah Melton, also suffered and will in the future suffer great pain and anguish from said injuries.

FILED DATE: 4/14/2022 3:29 PM   2022L003425

WHEREFORE, Plaintiff Deborah Melton, demands judgment against the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs for said suit.

Respectfully submitted,

By: */s/Richard J. Rosenblum*
On behalf of Plaintiff

Richard J. Rosenblum, Esq.
rich@mdr-law.com
Florina Bandula, Esq.
florinab@mdr-law.com
**MDR LAW, LLC**
180 N LaSalle Street, Suite 3650
Chicago, IL 60601
P: (312) 229-5555
F: (312) 229-5556

6

FILED
4/14/2022 3:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H

FILED DATE: 4/14/2022 3:29 PM   2022L003425

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

|  |  |  |
|---|---|---|
| DEBORAH MELTON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 2022L003425 |
| | ) | |
| MEDTRONIC INC., a Foreign Corporation, and | ) | |
| MEDTRONIC MINIMED INC., a | ) | |
| Foreign Corporation, | ) | |
| | ) | |
| *Defendants.* | ) | |

## <u>AFFIDAVIT</u>

I, Richard J. Rosenblum, Esq., being first duly sworn on oath, deposes and states that if I were called upon to testify, I would do so as follows:

1.      That I am an attorney at law licensed to practice in the State of Illinois.

2.      That I am an Attorney with the law firm of MDR LAW, LLC, attorneys of record for Plaintiff, DEBORAH MELTON.

3.      That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.

4.      That this Affidavit is submitted in compliance with Illinois Supreme Court Rule 222(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____/s/ Richard J. Rosenblum, Esq._____

SUBSCRIBED AND SWORN TO
Before this 14 day of April, 2022.

_____
NOTARY PUBLIC

ARIEL L. LEMATTY
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 29, 2023

# Exhibit B



---

### Case Information Summary for Case Number
### 2022-L-003425

---

Filing Date: 04/14/2022

Division: Law Division

Ad Damnum: $0.00

Case Type: Product Liability - Non Jury

District: First Municipal

Calendar: H

### Party Information

**Plaintiff(s)**                                          **Attorney(s)**

Melton, Deborah

**Defendant(s)**            **Defendant Date of Service**    **Attorney(s)**

Medtronic Minimed Inc., a
Medtronic Inc., a Foreign

### Case Activity

Activity Date: 04/14/2022                   Participant: Melton, Deborah

Personal Injury (Product Liability) Complaint Filed

Activity Date: 04/14/2022                   Participant: Melton, Deborah

Summons Issued And Returnable

Activity Date: 04/14/2022                   Participant: Melton, Deborah

Summons Issued And Returnable

Activity Date: 04/14/2022                   Participant: Melton, Deborah

New Case Filing

Date: 06/23/2022

Court Time: 0900

Court Room: 2209

Activity Date: 05/13/2022                   Participant: Melton, Deborah

Notice Of Filing Filed

Activity Date: 05/13/2022                               Participant: Melton, Deborah

Proof Of Service Filed

Activity Date: 05/13/2022                               Participant: Melton, Deborah

Proof Of Service Filed

Back to Top

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

# Exhibit C



# Notice of Service of Process

**J9M / ALL**
**Transmittal Number: 24832434**
**Date Processed: 04/27/2022**

| | |
|---|---|
| **Primary Contact:** | Vicki Ann Swanson<br>Medtronic<br>710 Medtronic Pkwy<br>Minneapolis, MN 55432-5603 |

| | |
|---|---|
| **Electronic copy provided to:** | Julie Bonczek |

| | |
|---|---|
| **Entity:** | Medtronic, Inc.<br>Entity ID Number  3810357 |
| **Entity Served:** | Medtronic Inc. |
| **Title of Action:** | Deborah Melton vs. Medtronic Inc. |
| **Matter Name/ID:** | Deborah Melton vs. Medtronic Inc. (12234398) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2022L003425 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 04/22/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Mdr Law, LLC<br>312-229-5555 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 6/23/2022 9:00 AM

FILED DATE: 4/14/2022 3:29 PM   2022L003425

FILED
4/14/2022 3:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H
17507644

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

DEBORAH MELTON,

Plaintiff(s)

v.

MEDTRONIC INC., a Foreign Corporation, and
MEDTRONIC MINIMED INC., a Foreign Corporation,

Defendant(s)

Address of Defendant(s)

Case No. **2022L003425**

Please Serve:
Medtronic Inc., c/o
Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 3

Summons - Alias Summons                                                      **(12/01/20) CCG 0001 B**

FILED DATE: 4/14/2022 3:29 PM    2021L003425

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

&#9673; Atty. No.: 41994

&#9675; Pro Se 99500

Name: Richard J. Rosenblum, Esq/ MDR LAW

Atty. for (if applicable):

Plaintiff

Address: 180 N. LaSalle St. , Suite 3650

City: Chicago

State: IL    Zip: 60601

Telephone: 312-229-5555

Primary Email: rich@mdr-law.com

Witness date _____ 4/14/2022 0:00 PM IRIS Y. MARTINEZ

_____

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

FILED DATE: 4/14/2022 3:29 PM   2022L003425

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date.  Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

FILED
4/14/2022 3:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H
17507644

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

DEBORAH MELTON,                                    )
                                                   )
                        *Plaintiff,*               )
                                                   )
         v.                                        )   Case No.:      **2022L003425**
                                                   )
MEDTRONIC INC., a Foreign Corporation, and         )
MEDTRONIC MINIMED INC., a                          )
Foreign Corporation,                               )
                                                   )
                        *Defendants.*              )

FILED DATE: 4/14/2022 3:29 PM   2022L003425

## COMPLAINT AT LAW

Plaintiff, DEBORAH MELTON, by and through her attorneys, MDR LAW, LLC,

for his Complaint against Defendants, MEDTRONIC INC., a Foreign Corporation, and

MEDTRONIC MINIMED INC., a Foreign Corporation, hereby alleges as follows:

### INTRODUCTION

1.       This is an action for damages relating to Defendants MEDTRONIC INC.'S and

MEDTRONIC MINIMED INC.'S design, development, testing, assembling, manufacturing,

packaging, labeling, preparing, distributing, marketing, advertising, promoting, supplying, and/or

selling the defective insulin pumps, sold under the name of Medtronic MiniMed Paradigm MMT-

723 Insulin Pump.

### COUNT I - STRICT PRODUCT LIABILTY
### DEFENDANTS, MEDTRONIC INC. and MEDTRONIC MINIMED INC.

2.       Plaintiff is a citizen and resident of County of McHenry, village of Algonquin, State

of Illinois.

3.       At all times material hereto, Defendant, MEDTRONIC INC., was and is a Foreign

Corporation organized and existing under the laws of Minnesota, with its principal place of

1

business at 710 Medtronic Parkway, Minneapolis, Minnesota 55432. At all times relevant to this Complaint, this Defendant conducted business in the State of Illinois.

4.      At all times material hereto, Defendant, MEDTRONIC MINIMED INC., was and is a Foreign Corporation organized and existing under the laws of Delaware, with its principal place of business at 18000 Devonshire St., Northridge, California 91325. At all times relevant to this Complaint, this Defendant conducted business in the State of Illinois.

5.      On and before April 20, 2020, the collective Defendants were engaged in the business of designing, developing, testing, assembling, manufacturing, packaging, labeling, preparing, distributing, marketing, advertising, promoting, and/or supplying, insulin pumps designed to deliver a specific amount of insulin into the blood stream of patients with diabetes, including the Medtronic MiniMed Paradigm MMT-723 Insulin Pump.

6.      When functioning properly, these insulin pumps and their components mimic the ways a healthy pancreas works by delivering continuous and controlled doses of rapid-acting insulin, 24 hours a day, to match the user's body needs.

7.      On and before April 20, 2020, Plaintiff Deborah Melton was a type 1 diabetic.

8.      Because of her diabetic condition, Plaintiff Deborah Melton managed her diabetes through the use of insulin pump therapy, specifically, by using the Defendants' Medtronic MiniMed Paradigm MMT-723 Insulin Pump to deliver the necessary amount of insulin into her blood stream to properly treat her diabetes.

9.      At all relevant times, the collective Defendants had a duty to design, develop, test, assemble, manufacture, pack, label, prepare, distribute, market, advertise, promote, supply, and/or sell its insulin pumps, Medtronic MiniMed Paradigm MMT-723 Insulin Pump, so that it was neither defective, nor unreasonably dangerous when put to the use for which it was designed,

FILED DATE: 4/14/2022 3:29 PM   2022L003425

2

FILED DATE: 4/14/2022 3:29 PM   2022L003425

developed, assembled, manufactured, packed, labeled, prepared, distributed, marketed, advertised, promoted, and/or supplied.

10. At the time Defendants' Medtronic MiniMed Paradigm MMT-723 Insulin Pump, including Plaintiff's pump, was manufactured, sold, and left the possession of the Defendants, the pump was defective, unsafe, and unreasonable dangerous for its intended and foreseeable use in one or more of the following ways:

a) The product was unreasonable dangerous in design due to the risk of cyber-attacks that could influence how the pump delivers insulin;

b) The product was unreasonable dangerous in design in that it could either under – or overdeliver insulin;

c) The product was unreasonable dangerous in that the Defendants failed to ensure that the product they provided was safe and used correctly through proper design, testing, research, adequate instruction, post-market surveillance, and appropriate modifications;

d) The product was unreasonable dangerous in that the Defendants failed to anticipate the environment in which the product would be used and to design against reasonably foreseeable risk attending the product's use in that setting, including misuse or alteration;

e) Failed to give an adequate warning of known or reasonably foreseeable dangers arising from the use of their products, including the risk of either under – or overdelivy of insulin;

f) It did not include proper instructions to protect the end-user from harm; and/or

g) It was otherwise unreasonably dangerous and defective.

11. The unreasonable dangerous, unsafe, and defective conditions, continued up to the time of the occurrence complained of.

12. On and around April 20, 2020, Plaintiff Deborah Melton's Medtronic MiniMed Paradigm MMT-723 Insulin Pump malfunctioned and Plaintiff suffered a severe diabetic ketoacidosis episode.

3

FILED DATE: 4/14/2022 3:29 PM    2022L003425

13.     As a direct result and proximate result of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., Plaintiff Deborah Melton has been injured and has in the past, and will in the future incur legal obligations for hospital, medical, rehabilitation and related services and treatment; was and will be hindered and prevented from attending her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff, Deborah Melton, also suffered and will in the future suffer great pain and anguish from said injuries.

WHEREFORE, Plaintiff Deborah Melton, demands judgment against the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs for said suit.

## COUNT II – NEGLIGENCE
## NEGLIGENCE AGAINST MEDTRONIC INC. and MEDTRONIC MINIMED INC.

1-8.     Plaintiff Deborah Melton, adopts and re-alleges Paragraph 1 through 8, inclusive of Count I as Paragraph 1 through 8, inclusive, of this Count II, as if fully set forth herein.

9.     At all times relevant to this Complaint, the collective Defendants knew or should have known that their products were unreasonably dangerous and defective when used as designed and directed.

10.     At all relevant times, the collective Defendants had a duty to use ordinary care in the design, preparation, manufacture, advertising, distribution, supply, and sale of their insulin pumps, including the Medtronic MiniMed Paradigm MMT-723 Insulin Pump, so that their pumps would be safe for use by users such as the Plaintiff.

4

FILED DATE: 4/14/2022 3:29 PM   2022L003425

11.     In breach of the aforesaid duty, before, at the time, and after the collective Defendants manufactured, sold and/or distributed the Medtronic MiniMed Paradigm MMT-723 Insulin Pump used by the Plaintiff, the Defendants were careless and negligent in one or more of the following ways:

a)     Failed to conduct pre and post market safety tests and studies;

b)     Failed to design their product to prevent injury to users such as the Plaintiff;

c)     Failed to implement and execute corrective and preventable actions to eliminate injuries;

c)     Failed to perform a proper market withdrawal after the recall;

d)     Continued to promote and market the products despite ongoing failures and known defects;

e)     Failed to educate and instruct users such as the Plaintiff about the characteristics of their product and proper way to use them;

f)     Failed to provide adequate instructions or warnings for the use of their product;

g)     Was otherwise careless and negligent.

12.     As a direct result and proximate result of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., Plaintiff Deborah Melton was injured when her pump malfunctioned and she suffered a severe diabetic ketoacidosis episode. Plaintiff has been injured and has in the past, and will in the future incur legal obligations for hospital, medical, rehabilitation and related services and treatment; was and will be hindered and prevented from attending her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff, Deborah Melton, also suffered and will in the future suffer great pain and anguish from said injuries.

FILED DATE: 4/14/2022 3:29 PM    2022L003425

WHEREFORE, Plaintiff Deborah Melton, demands judgment against the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs for said suit.

Respectfully submitted,

By: */s/Richard J. Rosenblum*
On behalf of Plaintiff

Richard J. Rosenblum, Esq.
rich@mdr-law.com
Florina Bandula, Esq.
florinab@mdr-law.com
**MDR LAW, LLC**
180 N LaSalle Street, Suite 3650
Chicago, IL 60601
P: (312) 229-5555
F: (312) 229-5556

6

FILED
4/14/2022 3:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| DEBORAH MELTON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 2022L003425 |
| | ) | |
| MEDTRONIC INC., a Foreign Corporation, and | ) | |
| MEDTRONIC MINIMED INC., a | ) | |
| Foreign Corporation, | ) | |
| | ) | |
| *Defendants.* | ) | |

## AFFIDAVIT

I, Richard J. Rosenblum, Esq., being first duly sworn on oath, deposes and states that if I were called upon to testify, I would do so as follows:

1.      That I am an attorney at law licensed to practice in the State of Illinois.

2.      That I am an Attorney with the law firm of MDR LAW, LLC, attorneys of record for Plaintiff, DEBORAH MELTON.

3.      That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.

4.      That this Affidavit is submitted in compliance with Illinois Supreme Court Rule 222(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____/s/ Richard J. Rosenblum, Esq._____

SUBSCRIBED AND SWORN TO
Before this 14 day of April, 2022.

_____
NOTARY PUBLIC

ARIEL L. LEMATTY
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 29, 2023

# Exhibit D



**null / ALL**
**Transmittal Number: 24871723**
**Date Processed: 05/04/2022**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Vicki Ann Swanson<br>Medtronic<br>710 Medtronic Pkwy<br>Minneapolis, MN 55432-5603 |
| **Electronic copy provided to:** | Julie Bonczek |

| | |
|---|---|
| **Entity:** | Medtronic MiniMed, Inc.<br>Entity ID Number  1600323 |
| **Entity Served:** | Medtronic Minimed Inc. |
| **Title of Action:** | Deborah Melton vs. Medtronic Inc. |
| **Matter Name/ID:** | Deborah Melton vs. Medtronic Inc. (12234398) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2022L003425 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 05/04/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | MDR Law, LLC<br>312-229-5555 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

FILED
4/14/2022 3:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H
17507644

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

DEBORAH MELTON,

Plaintiff(s)

v.

Case No. 2022L003425

MEDTRONIC INC., a Foreign Corporation, and
MEDTRONIC MINIMED INC., a Foreign Corporation,

Defendant(s)

Please Serve:
Medtronic Minimed Inc., c/o
CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017

Address of Defendant(s)

Please serve as follows (check one):  ○ Certified Mail  ● Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE.** You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Summons - Alias Summons          (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

 

◉ Atty. No.: 41994        Witness date: 4/14/2022 3:29 PM IRIS Y. MARTINEZ
○ Pro Se 99500

Name: Richard J. Rosenblum, Esq/ MDR LAW

Atty. for (if applicable):          IRIS Y. MARTINEZ, Clerk of Court

Plaintiff

         ☐ Service by Certified Mail: _____

Address: 180 N. LaSalle St., Suite 3650

         ☐ Date of Service: _____

City: Chicago          (To be inserted by officer on copy left with employer or other person)

State: IL   Zip: 60601

Telephone: 312-229-5555

Primary Email: rich@mdr-law.com

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:**  CivCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:**  CntyCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:**  DRCourtDate@cookcountycourt.com
                    OR
              ChildSupCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:**  DVCourtDate@cookcountycourt.com
Gen. Info:     (312) 325-9500

### LAW DIVISION
**Court date EMAIL:**  LawCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:**  ProbCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:**  D2CourtDate@cookcountycourt.com
Gen. Info:     (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:**  D3CourtDate@cookcountycourt.com
Gen. Info:     (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:**  D4CourtDate@cookcountycourt.com
Gen. Info:     (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:**  D5CourtDate@cookcountycourt.com
Gen. Info:     (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:**  D6CourtDate@cookcountycourt.com
Gen. Info:     (708) 232-4551

FILED
4/14/2022 3:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H
17507644

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

DEBORAH MELTON, )
)
     *Plaintiff,* )
)
    v. )    Case No.:   **2022L003425**
)
MEDTRONIC INC., a Foreign Corporation, and )
MEDTRONIC MINIMED INC., a )
Foreign Corporation, )
)
     *Defendants.* )

## COMPLAINT AT LAW

Plaintiff, DEBORAH MELTON, by and through her attorneys, MDR LAW, LLC,

for his Complaint against Defendants, MEDTRONIC INC., a Foreign Corporation, and

MEDTRONIC MINIMED INC., a Foreign Corporation, hereby alleges as follows:

## INTRODUCTION

1.    This is an action for damages relating to Defendants MEDTRONIC INC.'S and

MEDTRONIC MINIMED INC.'S design, development, testing, assembling, manufacturing,

packaging, labeling, preparing, distributing, marketing, advertising, promoting, supplying, and/or

selling the defective insulin pumps, sold under the name of Medtronic MiniMed Paradigm MMT-

723 Insulin Pump.

## COUNT I - STRICT PRODUCT LIABILTY
## DEFENDANTS, MEDTRONIC INC. and MEDTRONIC MINIMED INC.

2.    Plaintiff is a citizen and resident of County of McHenry, village of Algonquin, State

of Illinois.

3.    At all times material hereto, Defendant, MEDTRONIC INC., was and is a Foreign

Corporation organized and existing under the laws of Minnesota, with its principal place of

1

business at 710 Medtronic Parkway, Minneapolis, Minnesota 55432. At all times relevant to this Complaint, this Defendant conducted business in the State of Illinois.

4.     At all times material hereto, Defendant, MEDTRONIC MINIMED INC., was and is a Foreign Corporation organized and existing under the laws of Delaware, with its principal place of business at 18000 Devonshire St., Northridge, California 91325. At all times relevant to this Complaint, this Defendant conducted business in the State of Illinois.

5.     On and before April 20, 2020, the collective Defendants were engaged in the business of designing, developing, testing, assembling, manufacturing, packaging, labeling, preparing, distributing, marketing, advertising, promoting, and/or supplying, insulin pumps designed to deliver a specific amount of insulin into the blood stream of patients with diabetes, including the Medtronic MiniMed Paradigm MMT-723 Insulin Pump.

6.     When functioning properly, these insulin pumps and their components mimic the ways a healthy pancreas works by delivering continuous and controlled doses of rapid-acting insulin, 24 hours a day, to match the user's body needs.

7.     On and before April 20, 2020, Plaintiff Deborah Melton was a type 1 diabetic.

8.     Because of her diabetic condition, Plaintiff Deborah Melton managed her diabetes through the use of insulin pump therapy, specifically, by using the Defendants' Medtronic MiniMed Paradigm MMT-723 Insulin Pump to deliver the necessary amount of insulin into her blood stream to properly treat her diabetes.

9.     At all relevant times, the collective Defendants had a duty to design, develop, test, assemble, manufacture, pack, label, prepare, distribute, market, advertise, promote, supply, and/or sell its insulin pumps, Medtronic MiniMed Paradigm MMT-723 Insulin Pump, so that it was neither defective, nor unreasonably dangerous when put to the use for which it was designed,

2

developed, assembled, manufactured, packed, labeled, prepared, distributed, marketed, advertised, promoted, and/or supplied.

10.     At the time Defendants' Medtronic MiniMed Paradigm MMT-723 Insulin Pump, including Plaintiff's pump, was manufactured, sold, and left the possession of the Defendants, the pump was defective, unsafe, and unreasonable dangerous for its intended and foreseeable use in one or more of the following ways:

a)    The product was unreasonable dangerous in design due to the risk of cyber-attacks that could influence how the pump delivers insulin;

b)    The product was unreasonable dangerous in design in that it could either under – or overdeliver insulin;

c)    The product was unreasonable dangerous in that the Defendants failed to ensure that the product they provided was safe and used correctly through proper design, testing, research, adequate instruction, post-market surveillance, and appropriate modifications;

d)    The product was unreasonable dangerous in that the Defendants failed to anticipate the environment in which the product would be used and to design against reasonably foreseeable risk attending the product's use in that setting, including misuse or alteration;

e)    Failed to give an adequate warning of known or reasonably foreseeable dangers arising from the use of their products, including the risk of either under – or overdelivy of insulin;

f)    It did not include proper instructions to protect the end-user from harm; and/or

g)    It was otherwise unreasonably dangerous and defective.

11.     The unreasonable dangerous, unsafe, and defective conditions, continued up to the time of the occurrence complained of.

12.     On and around April 20, 2020, Plaintiff Deborah Melton's Medtronic MiniMed Paradigm MMT-723 Insulin Pump malfunctioned and Plaintiff suffered a severe diabetic ketoacidosis episode.

3

13.     As a direct result and proximate result of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., Plaintiff Deborah Melton has been injured and has in the past, and will in the future incur legal obligations for hospital, medical, rehabilitation and related services and treatment; was and will be hindered and prevented from attending her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff, Deborah Melton, also suffered and will in the future suffer great pain and anguish from said injuries.

WHEREFORE, Plaintiff Deborah Melton, demands judgment against the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs for said suit.

## COUNT II – NEGLIGENCE
## NEGLIGENCE AGAINST MEDTRONIC INC. and MEDTRONIC MINIMED INC.

1-8.     Plaintiff Deborah Melton, adopts and re-alleges Paragraph 1 through 8, inclusive of Count I as Paragraph 1 through 8, inclusive, of this Count II, as if fully set forth herein.

9.     At all times relevant to this Complaint, the collective Defendants knew or should have known that their products were unreasonably dangerous and defective when used as designed and directed.

10.     At all relevant times, the collective Defendants had a duty to use ordinary care in the design, preparation, manufacture, advertising, distribution, supply, and sale of their insulin pumps, including the Medtronic MiniMed Paradigm MMT-723 Insulin Pump, so that their pumps would be safe for use by users such as the Plaintiff.

4

11.     In breach of the aforesaid duty, before, at the time, and after the collective Defendants manufactured, sold and/or distributed the Medtronic MiniMed Paradigm MMT-723 Insulin Pump used by the Plaintiff, the Defendants were careless and negligent in one or more of the following ways:

a)     Failed to conduct pre and post market safety tests and studies;

b)     Failed to design their product to prevent injury to users such as the Plaintiff;

c)     Failed to implement and execute corrective and preventable actions to eliminate injuries;

c)     Failed to perform a proper market withdrawal after the recall;

d)     Continued to promote and market the products despite ongoing failures and known defects;

e)     Failed to educate and instruct users such as the Plaintiff about the characteristics of their product and proper way to use them;

f)     Failed to provide adequate instructions or warnings for the use of their product;

g)     Was otherwise careless and negligent.

12.     As a direct result and proximate result of one or more of the aforementioned careless and negligent acts and/or omissions of the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., Plaintiff Deborah Melton was injured when her pump malfunctioned and she suffered a severe diabetic ketoacidosis episode. Plaintiff has been injured and has in the past, and will in the future incur legal obligations for hospital, medical, rehabilitation and related services and treatment; was and will be hindered and prevented from attending her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff, Deborah Melton, also suffered and will in the future suffer great pain and anguish from said injuries.

WHEREFORE, Plaintiff Deborah Melton, demands judgment against the Defendants, MEDTRONIC INC. and MEDTRONIC MINIMED INC., in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs for said suit.

Respectfully submitted,

By: */s/Richard J. Rosenblum* _____
On behalf of Plaintiff

Richard J. Rosenblum, Esq.
rich@mdr-law.com
Florina Bandula, Esq.
florinab@mdr-law.com
**MDR LAW, LLC**
180 N LaSalle Street, Suite 3650
Chicago, IL 60601
P: (312) 229-5555
F: (312) 229-5556

4/14/2022 1:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003425
Calendar, H

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

DEBORAH MELTON,                              )
                                             )
      *Plaintiff,*                        )
                                             )
    v.                                     )   Case No.:**2022L003425**
                                             )
MEDTRONIC INC., a Foreign Corporation, and   )
MEDTRONIC MINIMED INC., a                     )
Foreign Corporation,                          )
                                             )
      *Defendants.*                       )

## AFFIDAVIT

I, Richard J. Rosenblum, Esq., being first duly sworn on oath, deposes and states that if I were called upon to testify, I would do so as follows:

    1.    That I am an attorney at law licensed to practice in the State of Illinois.

    2.    That I am an Attorney with the law firm of MDR LAW, LLC, attorneys of record for Plaintiff, DEBORAH MELTON.

    3.    That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.

    4.    That this Affidavit is submitted in compliance with Illinois Supreme Court Rule 222(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*/s/ Richard J. Rosenblum, Esq.*

SUBSCRIBED AND SWORN TO
Before this 14 day of April, 2022.

NOTARY PUBLIC

ARIEL L. LEMATTY
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 29, 2023

# Exhibit E

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| DEBORAH MELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2022-L-003425 |
| v. | ) | |
| | ) | Calendar H |
| MEDTRONIC INC., a Foreign Corporation, and | ) | |
| MEDTRONIC MINIMED INC., a Foreign | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that on May 20, 2022, Defendants Medtronic, Inc. and

Medtronic MiniMed, Inc., by their undersigned counsel, removed this action to the United States

District Court for the Northern District of Illinois, Eastern Division. A copy of the Notice of

Removal is attached hereto as Exhibit 1. Pursuant to 28 U.S.C. § 1446(d), the filing and service

of this Notice "shall effect the removal and the State court shall proceed no further unless and until

the case is remanded."

May 20, 2022

Respectfully submitted,

*/s/ Michael Baier*
Gregory Ostfeld
Michael Baier
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312-456-8400
Email:        ostfeldg@gtlaw.com
                   baierm@gtlaw.com

**ATTORNEYS FOR DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC MINIMED, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and all attachments thereto, was filed with this Court using the Court's electronic filing system on May 20, 2022, and that on said date a copy of this document was transmitted by email to counsel below:

Richard J. Rosenblum, Esq.
Florina Bandula, Esq.
**MDR LAW, LLC**
180 N LaSalle Street, Suite 3650
Chicago, IL 60601
rich@mdr-law.com
florinab@mdr-law.com

*Attorneys for Plaintiff*

/s/ *Michael Baier*
Michael T. Baier